Brett L. Dunkelman, 006740
Osborn Maledon, P.A.
2929 N. Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
E-mail: bdunkelman@omlaw.com

Steven C. Schroer, *pro hac vice*
Timothy P. Maloney, *pro hac vice*
Joseph F. Marinelli, *pro hac vice*
Ted S. P. Li, *pro hac vice*
Fitch, Even, Tabin & Flannery
120 South LaSalle Street
Suite 1600
Chicago, Illinois 60603
(312) 577-7000
E-mail: tpmalo@fitcheven.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| ProLink Solutions, LLC, a Delaware limited liability company; ProLink Holding Corp., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> GPS Industries, Inc., a Nevada corporation; UpLink Corporation, a Texas corporation; El Rio Golf Club, LLC, a Delaware limited liability company; Camelback Golf Club, a Delaware corporation, <br><br> Defendants. | No. CIV 07-2128 PHX JWS <br><br> **Status Report of Defendants' Counsel of Record As Directed By The Court's Order Dated June 15, 2009 (Docket No. 85)** |

The Court's Scheduling Order dated June 15, 2009 (Docket No. 85) directed the filing of a status report by August 10, 2009, unless closing papers

1

1 reflecting a settlement had previously been filed. Counsel of record for
2 Defendants submits this status report consistent with the Court's order.

3 The Court is advised that, to the best of our knowledge, Plaintiffs did not
4 retain new counsel as previously indicated. Counsel for the Defendants further
5 advise that no meaningful activity has taken place relating to the *Markman* claim
6 construction proceedings or discovery generally since the last status report to the
7 Court. Defendants' counsel understand that the parties' direct discussions
8 regarding possible settlement have not resulted in an agreement.

9 The Court is further advised that, on July 31, 2009, defendant GPS
10 Industries, Inc. ("GPSI"), which acquired the assets of defendant Uplink
11 Corporation in or about January 2008, filed a voluntary petition for business
12 reorganization under Chapter 11 of the U.S. Bankruptcy Code in the United States
13 Bankruptcy Court for the Middle District of Florida (Tampa), Petition No. 8:09-
14 bk-16766-CPM. As a result, the automatic stay provisions of the Bankruptcy
15 Code apply to at least two of the four defendants in this action. GPSI, however,
16 has agreed to defend and indemnify defendants El Rio Golf Club, LLC and
17 Camelback Golf Club.

18 Finally, the Court is advised that the undersigned are listed as unsecured
19 creditors in GPSI's bankruptcy petition, and our continuing status as counsel for
20 any of the Defendants is presently doubtful.

21
22
23        DATED this 10th day of August, 2009.
24
25
26

FITCH, EVEN, TABIN & FLANNERY

By    s/Timothy P. Maloney
        Steven C. Schroer, *pro hac vice*
        Timothy P. Maloney, *pro hac vice*
        Joseph F. Marinelli, *pro hac vice*
        Ted S. P. Li, *pro hac vice*
        120 South LaSalle Street, Suite 1600
        Chicago, Illinois 60603

        Brett L. Dunkelman
        Osborn Maledon, P.A.
        2929 N. Central Ave., Suite 2100
        Phoenix, Arizona  85012-2794

### CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

Anthony S. Vitagliano, Esq.
Senior VP and General Counsel
ProLink Holding Corp./ProLink Solutions
410 S. Benson Lane
Chandler, AZ 85224

Parties may access this filing through the Court's system.

541462

                                s/Timothy P. Maloney