Kelly Singer (AZ Bar No. 022024) ksinger@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
Two Renaissance Squire, Suite 2700
40 North Central Avenue
Phoenix, Arizona 85004-4498
(602) 528-4000

Counsel to ProLink Systems, Inc (predecessor to GPS Industries, LLC).

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ProLink Solutions, LLC, a Delaware limited liability company; ProLink Holding Corp., a Delaware corporation,<br><br>Plaintiffs<br><br>vs.<br><br>GPS Industries, Inc., a Nevada corporation; UpLink Corporation, a Texas corporation; El Rio Golf Club, LLC, a Delaware limited liability company; Camelback Golf Club, a Delaware corporation,<br><br>Defendants | No. CIV 07-2128 PHX JWS<br><br>**STATUS REPORT AND REQUEST FOR DISMISSAL WITH PREJUDICE** |

PROLINK SYSTEMS, INC. ("**Systems**"), successor to the above-captioned plaintiffs, and predecessor to GPS INDUSTRIES, LLC ("**GPS LLC**"), files this Status Report and Request for Dismissal With Prejudice in accordance with this Court's Order issued on September 1, 2009 (the "**Order**").

## STATUS REPORT AND REQUEST FOR DISMISSAL

As set forth in the "Response To Court's Order To Show Cause" dated August 28, 2009, Systems requested that the Court stay this action against all defendants pending Systems' analysis of defendant GPS Industries, Inc.'s ("**GPSI**") bankruptcy proceeding before the United States Bankruptcy Court for the Middle District of Florida (Tampa Division) (Bankruptcy Case No. 8:09-bk-16766-CPM) (the "**Bankruptcy Case**").  This Court granted that request under the Order.

The Bankruptcy Case resulted in the confirmation of a Chapter 11 plan that involved the sale of substantially all of GPSI's assets to a newly-formed acquisition entity.  In connection with the bankruptcy court's approval of that sale, Systems agreed to waive any and all claims against GPSI (including UpLink Corporation who had previously merged with GPSI), including the claims underlying this case.  Moreover, the newly-formed entity (including what had formerly been UpLink Corporation) subsequently combined with Systems as part of the sale's closing and is now the entity GPS LLC.

As a result of Systems' waiver of claims against GPSI and subsequent merger into GPS LLC, the claims underlying this case cannot be asserted against the main defendants, GPSI and UpLink.  Because the main defendants cannot be sued in this case, the remaining claims against the golf course defendants (El Rio Golf Club, LLC and Camelback Golf Club) should also be dismissed.  Undersigned counsel has consulted with counsel for the golf course defendants, who confirm that they agree that the Complaint should be dismissed with prejudice.

Accordingly, the Court should enter an order in the form attached as Exhibit A dismissing this action against all defendants with prejudice.

## **CONCLUSION**

For these reasons, Systems (now GPS LLC) respectfully requests that the Court enter an order in the form attached (a) dismissing the Complaint as to all defendants with prejudice, with the parties to bear their own fees and costs; and (b) granting such other relief the Court deems appropriate.

Dated this 6th day of November, 2009.

**SQUIRE, SANDERS & DEMPSEY L.L.P.**

By: _/s/ Kelly Singer_
　　　Kelly Singer
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004-4498
(602) 528-4000

Counsel to ProLink Systems, Inc. (predecessor to GPS Industries, LLC)

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants, and I hereby certify that I have E-mailed the paper to the following participants:

Brett L. Dunkelman, 006740
Osborn Maledon, P.A.
2929 N. Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
E-mail: bdunkelman@omlaw.com

Steven C. Schroer, *pro hac vice*
Timothy P. Maloney, *pro hac vice*
Joseph F. Marinelli, *pro hac vice*
Ted S. P. Li, *pro hac vice*
Fitch, Even, Tabin & Flannery
120 South LaSalle Street Suite 1600
Chicago, Illinois 60603
E-mail: tpmalo@fitcheven.com

Parties may access this filing through the Court's system.


/s/ Karen Graves

# **EXHIBIT A**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ProLink Solutions, LLC, a Delaware limited liability company; ProLink Holding Corp., a Delaware corporation,<br><br>Plaintiffs<br><br>vs.<br><br>GPS Industries, Inc., a Nevada corporation; UpLink Corporation, a Texas corporation; El Rio Golf Club, LLC, a Delaware limited liability company; Camelback Golf Club, a Delaware corporation,<br><br>Defendants | No. CIV 07-2128 PHX JWS<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On the "Status Report And Request For Dismissal With Prejudice" dated November 6, 2009, filed by Prolink Systems, Inc., this Court finds and concludes that, under Federal Rule of Civil Procedure 41(a)(2), the Complaint shall be dismissed against all defendants with prejudice and that the counterclaims of Defendants El Rio Golf Club, LLC and Camelback Golf Club shall be dismissed without prejudice. The parties shall bear their own fees and costs.

_____

UNITED STATES DISTRICT COURT JUDGE